# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Garr M. King**, United States Senior District Judge for the District of Oregon to perform the duties of United States District Judge temporarily for the Northern District of California for the specific case *Philip L. Stimac v. Richard Wieking, et al.*, Case No. 4:10-cv-03929.

October ___, 2010

_____
Alex Kozinski
Chief Judge


cc:   Hon. Garr M. King
      Hon. Ann Aiken, Chief Judge, District of Oregon
      Hon. Vaughn Walker, Chief Judge, Northern District of California
      Mary Moran, Clerk, District of Oregon
      Richard Wieking, Clerk, Northern District of California