UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP L. STIMAC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 10-3929-GMK |
| | ) | |
| v. | ) | Scheduling Order |
| | ) | |
| RICHARD WIEKING et al, | ) | |
| | ) | |
| Defendants. | ) | |

    Order - Defendants' request to stay discovery, as stated in Defendants' Motion to Dismiss [9], page 2, is granted. All discovery in this action is stayed until the court rules on the pending Motion to Dismiss.

    Dated this 13th day of December, 2010

    /s/ Garr M. King
    Judge Garr M. King
    United States District Judge